# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: CBI Licensing, LLC v. Does 1-406, as Identified in Exhibit 2

Case Number: 1:20-cv-05182

An appearance is hereby filed by the undersigned as attorney for:

CBI Licensing, LLC (Plaintiff)

Attorney name (type or print): Rishi Nair

Firm: Keener and Associates, P.C.

Street address: 161 N. Clark Street, Suite 1600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6305871
(See item 3 in instructions)

Telephone Number: (312) 375-1573

Email Address: rishi.nair@keenerlegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/2/2020

Attorney signature: S/ Rishi Nair

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015